```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18178
   JAMES ANTHONY CORROO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9095


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/15/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE AUTO FINANCE     SECURED VEHIC          .00           .00           .00
NATIONAL CITY BANK     CURRENT MORTG          .00           .00           .00
WASHINGTON MUTUAL      CURRENT MORTG          .00           .00           .00
WASHINGTON MUTUAL      MORTGAGE NOTI    NOT FILED           .00           .00
CAPITAL ONE            UNSECURED         3733.92            .00           .00
HFC                    UNSECURED        NOT FILED           .00           .00
HSBC                   UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT       UNSECURED         1031.36            .00           .00
ARROW FINANCIAL SERV   UNSECURED         7181.20            .00           .00
WASHINGTON MUTUAL      UNSECURED        NOT FILED           .00           .00
NATIONAL CITY BANK     MORTGAGE ARRE      800.00            .00           .00
WASHINGTON MUTUAL      MORTGAGE ARRE    22751.00            .00           .00
CAPITAL ONE            UNSECURED             .00            .00           .00
CAPITAL ONE            UNSECURED             .00            .00           .00
DANIEL K ROBIN LTD     DEBTOR ATTY           .00                          .00
TOM VAUGHN             TRUSTEE                                            .00
DEBTOR REFUND          REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            ·00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                              ---------------   ---------------
TOTALS                           .00                 .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18178 JAMES ANTHONY CORROO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 08 B 18178 JAMES ANTHONY CORROO